UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:24-CR- 128 |
| v. | (Judge Mannion) |
| JORDAN GEE, | |
| Defendant. | |

INDICTMENT

FILED
SCRANTON
MAY 14 2024
PER_____
DEPUTY CLERK

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>
18 U.S.C. § 871
(Threat against the President)

On or about April 15, 2024, in the Middle District of Pennsylvania, the defendant,

**JORDAN GEE,**

did knowingly and willfully make a threat to take the life of and to inflict bodily harm upon the President of the United States, specifically, the defendant posted a video of himself on the Internet stating, "I'm going to kill you, Joe Biden. Stay out of my city."

In violation of Title 18, United States Code, Section 871(a).

THE GRAND JURY FURTHER CHARGES:

## COUNT 2
18 U.S.C. § 871
(Threat against the President)

On or about April 15, 2024, in the Middle District of Pennsylvania, the defendant,

**JORDAN GEE,**

did knowingly and willfully make a threat to take the life of and to inflict bodily harm upon the President of the United States, specifically, the defendant posted a video of himself on the Internet stating, "Joe Biden: I'm going to kill you and your whole cabinet."

In violation of Title 18, United States Code, Section 871(a).

THE GRAND JURY FURTHER CHARGES:

## COUNT 3
18 U.S.C. § 871
(Threat against the President)

On or about April 15, 2024, in the Middle District of Pennsylvania, the defendant,

**JORDAN GEE,**

did knowingly and willfully make a threat to take the life of and to

inflict bodily harm upon the President of the United States, specifically, the defendant posted a video of himself on the Internet stating, "Joe Biden: I'm going to kill you. Joe Biden: I'm going to decapitate you in front of everybody on live TV. . . . If you come to my city in Scranton, Pennsylvania, I'm cutting your fucking head off in front of everybody; I promise."

In violation of Title 18, United States Code, Section 871(a).

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 4
18 U.S.C. § 875(c)
(Interstate Threats)

On or about April 15, 2024, in the Middle District of Pennsylvania, the defendant,

**JORDAN GEE,**

did knowingly and willfully transmit in interstate commerce a communication containing a threat to injure the person of another, that is, the defendant caused a video to be posted on himself on the Internet in which he stated, "Joe Biden: I'm going to kill you and your whole

cabinet. The mayor of Kingston and Wilkes-Barre: I'm going to kill you. I'm going to kill you."

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

_____

GERARD M. KARAM
United States Attorney

_____      5-14-2024
KYLE A. MORENO               Date
Assistant United States Attorney