UNITED STATES DISTRICT
COURT MIDDLE DISTRICT
OF PENNSYLVANIA

# NOTICE

UNITED STATES OF AMERICA

v.

JORDAN GEE

FILED
WILKES BARRE
MAY 15 2024
PER ms
DEPUTY CLERK

TYPE OF CASE: FELONY     CASE NO. 3:24-CR-128

TAKE NOTICE that a proceeding in this case has been **SCHEDULED** for the time and place listed below:

**PLACE:** UNITED STATES DISTRICT COURT
**COURTROOM:** No. 1
MAX ROSENN U.S. COURTHOUSE
First Floor
197 South Main Street
Wilkes-Barre PA  18701

**DATE AND TIME:** May 29, 2024, at 11:00 a.m.

**TYPE OF PROCEEDINGS:**    Initial Appearance and Arraignment

**DATE:** May 15, 2024

PETER J. WELSH, Clerk of Court
s/*Mary Rose Schirra*
Deputy Clerk

**TO:** HON. JOSEPH F. SAPORITO, JR., CHIEF U.S. MAGISTRATE JUDGE
Kyle A. Moreno, AUSA
FPD
U.S. PROBATION
U.S. MARSHAL