UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:24-CR-00128 |
| | : | |
| vs. | : | (MANNION, J.) |
| | : | (SAPORITO, M.J.) |
| JORDAN GEE, | : | |
| Defendant. | : | Electronically Filed |
| | : | |

*FILED WILKES BARRE MAY 15 2024 PER M.L. DEPUTY CLERK*

UNITED STATES OF AMERICA TO THE WARDEN, SUPERINTENDANT, OR PERSON IN CHARGE OF LUZERNE COUNTY PRISON, WILKES-BARRE, PA

YOU ARE COMMANDED TO PRODUCE, now in your custody or one of your deputies, the person of

**JORDAN GEE**

into the custody of the United States Marshals Service or Agents of the United States Secret Service, against whom there are pending certain criminal proceedings in the United States District Court for the Middle District of Pennsylvania, that **JORDAN GEE** appear for an Initial Appearance/Arraignment hearing on Wednesday, May 29, 2024, at 11:00 a.m. in connection with the criminal charges and that United States Marshals Service is directed to keep the prisoner safe in custody, and confine him from day to day, when not appearing before the Court, in a safe and suitable jail, and that **JORDAN GEE remain in federal custody**

until the final disposition of the federal charges in this Court.

Witness my signature on this ___15th___ day of ~~February~~ May 2024.

_____
JOSEPH F. SAPORITO, JR.
CHIEF U.S. MAGISTRATE JUDGE